UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 14-cr-20642
    Hon. Matthew F. Leitman

MARKITTA WASHINGTON,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO STAY RESTITUTION UNTIL RELEASE FROM INCARCERATION (ECF #43)

On December 16, 2015, this Court sentenced Defendant Markitta Washington ("Washington") to a term of imprisonment of 47 months after she pleaded guilty to the charges of aggravated identity theft and theft of public money. (*See* ECF #40 at 1-2, Pg. ID 216-17.) It also ordered Washington to pay restitution in the amount of $489,883.00. (*See id.* at 5, Pg. ID 220.)

On September 12, 2016, Washington filed a motion asking the Court to stay the payment of her restitution during her incarceration (the "Motion to Stay"). (*See* ECF #43.) The Government has not opposed the Motion to Stay. (*See* Dkt.) Accordingly, for the reasons stated in the Motion to Stay, the Court **GRANTS** the

Motion and stays payment of Washington's restitution until her release from custody.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113