UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cr-20642
Hon. Matthew F. Leitman

v.

D-1 MARKITTA WASHINGTON,

    Defendants.

_____/

# ORDER DENYING DEFENDANT'S MOTION FOR RECOMMENDATION REGARDING LENGTH OF RRC PLACEMENT (ECF #46)

On December 16, 2015, this Court sentenced Defendant Markitta Washington ("Washington") to a term of imprisonment of 47 months after she pleaded guilty to the charges of aggravated identity theft and theft of public money. (*See* ECF #40 at Pg. ID 216-17.) On April 17, 2018, Washington filed a motion requesting that this Court "recommend to the Bureau of Prisons ("BOP") that [she] receive 5 to 6 months of Residential Re-entry Center ("RRC") placement." (*See* ECF #46.)

**IT IS HEREBY ORDERED** that Washington's motion for recommendation regarding the length of RRC placement is **DENIED**. The Court believes that the BOP is best positioned to determine whether Washington should receive an RRC

1

placement and for how long. Accordingly, the Court declines to make a recommendation to the BOP regarding a possible RRC placement for Washington.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 25, 2018

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764